IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH A. HIBBLE, *Personally, on behalf of CRH, a minor, and as the Administratrix of the Estate of Michael W. Brook*, and ELIJAH L. ROTHELL, | : : : : : : | Civil No. 1:25-CV-00636 |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF HARRISBURG, PENNSYLVANIA, | : : : | |
| Defendant. | : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 5th day of February, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Defendant's motion to dismiss, Doc. 22, is **GRANTED**.  Counts I and II of the amended complaint are **DISMISSED WITH PREJUDICE**.  The court will not exercise supplemental jurisdiction over Counts III, IV, and V, so those counts are **DISMISSED WITHOUT PREJUDICE**.

**IT IS FURTHER ORDERED THAT** the status conference scheduled for February 9, 2026, is **CANCELLED**.  The Clerk of Court shall close this case.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania