# IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ELIZABETH A. HIBBLE, *Personally, on behalf of CRH, a minor, and as the Administratrix of the Estate of Michael W. Brook*, and ELIJAH L. ROTHELL, | : : : : : | Civil No. 1:25-CV-00636 |
| Plaintiffs, | : : | |
| v. | : : | |
| CITY OF HARRISBURG, PENNSYLVANIA, | : : : | |
| Defendant. | : : | Judge Jennifer P. Wilson |

## ORDER

**AND NOW**, on this 29th day of June, 2026, for the reasons set forth in the accompanying memorandum, **IT IS ORDERED THAT** Plaintiffs' motion to alter or amend judgment and, in the alternative, motion for reconsideration, Doc. 35, is **DENIED**.  This case shall remain closed.

s/Jennifer P. Wilson
JENNIFER P. WILSON
United States District Judge
Middle District of Pennsylvania